UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISIONS AUTO GLASS, INC.,<br>    Plaintiff,<br><br>-v-<br><br>SAFELITE SOLUTIONS, INC.,<br>    Defendant. | No. 1:10-cv-791<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant Safelite Solutions's motion to dismiss, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff Visions Auto Glass.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 16, 2012     /s/ Paul L. Maloney
                         Paul L. Maloney
                         Chief United States District Judge