UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISIONS AUTO GLASS, INC., )<br>          Plaintiff, )<br> )<br>-v- )<br> )<br>SAFELITE SOLUTIONS, INC., )<br>          Defendant. )<br>_____) | No. 1:10-cv-791<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendant Safelite Solutions's motion to dismiss, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff Visions Auto Glass.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   July 16, 2012                                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge